ARLINGTON L. CULVER et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 48043.) SCOTCH BRAND GAS, INC., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 48662.)

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.